**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Kathy J. Caudill-Smith,** | ) | **CASE NO. 1:15 CV 1274** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Carolyn W. Colvin,** | ) | <u>**Judgment Entry**</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

   This Court, having ACCEPTED the Report & Recommendation of Magistrate Judge Kathleen B. Burke (Doc. 20), hereby enters judgment in favor of defendant against plaintiff.

   IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/ Patricia A. Gaughan
　　　　　　　　　　　　　　　　　　PATRICIA A. GAUGHAN
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: 5/6/16

1